# LAW OFFICES OF FISHMAN AND CABRERA
### A CNA LITIGATION COUNSEL OFFICE*
395 NORTH SERVICE ROAD, MELVILLE NY 11747
**U.S. MAIL ADDRESS: C/O CNA, P.O. BOX 94743, CHICAGO, IL 60690-4743**
MAIN: 631-577-2400   FAX: 631-577-2401
EMAIL CASE RELATED DOCUMENTS TO: CNANewYork@cna.com

A.G. CHANCELLOR III
DIRECT DIAL: 631-577-2442
EMAIL: A.G.CHANCELLORIII@CNA.COM

*CNA IS A REGISTERED SERVICE MARK OF CNA FINANCIAL CORPORATION. ATTORNEYS ARE EMPLOYEES OF CONTINENTAL CASUALTY COMPANY, AN UNDERWRITING COMPANY AUTHORIZED TO USE THE CNA SERVICE MARK

USDC SDNY
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/28/2023

June 28, 2023

Honorable Colleen McMahon
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007-1312

*Stay granted until mediation is held.*

*Colleen McMahon*
*6/28/2023*

RE:   Figueroa, Rafael v. 614-620 East 9th Street HDFC
      Our File No. 1232100673/AGC
      Index No. 1:23-cv-00947-CM

Dear Judge McMahon:

    We represent the defendant 614-20 East 9th Street Housing Development Fund Corporation in the above-entitled action. On behalf of all the appearing parties, we write to respectfully ask the Court for a temporary stay regarding the scheduling Order issued on May 9, 2023. On May 30, 2023, the parties requested that the matter be referred to the Southern District's Mediation Program pursuant to Local Civil Rule 83.9. Your honor issued the Mediation Referral Order on June 2, 2023 advising that the mediation will have no effect upon any scheduling Order without leave of the Court. Counsel for the parties met and conferred and agreed on August 2, 2023 as the mediation date which was the first date available pursuant to the mediation office's request that a date be selected after 8/1. Today, counsel for the parties was notified by the mediation office that Chris McDonald has been assigned as the mediator and that the mediation is scheduled to be conducted on August 2, 2023 at 10 am. Counsel for the parties are optimistic that settlement is likely to be reached at mediation and respectfully request leave of the Court concerning a temporary stay of the scheduling Order until the mediation is held on August 2, 2023.

    Thank you for your time and attention to this matter. With kindest regards, I am

Very truly yours,

*A.G. Chancellor*

A.G. Chancellor III